IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | Civil Action No. 3:14-CV-1106-D |
| VS. | § § | |
| JASON A. HALEK, et al., | § § | |
| Defendants. | § | |

### ORDER

The court has today filed a Fed. R. Civ. P. 54(b) judgment as to defendant Jason A. Halek. The June 19, 2017 trial setting is therefore vacated.

Plaintiff is directed to advise the court no later than April 27, 2017 whether the entire case can be closed or whether additional proceedings are needed regarding the agreed interlocutory judgments entered against the other defendants.

**SO ORDERED**.

April 20, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE